No. 519. FOOK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied. *Harlan Wood* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

No. 528. JOINT COUNCIL DINING CAR EMPLOYEES, LOCALS 456 AND 582, *v.* SOUTHERN PACIFIC Co. C. C. A. 9th. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *George M. Naus* and *Clifton Hildebrand* for petitioner. *Burton Mason* and *A. G. Goodrich* for respondent.

No. 535. JOSEPHSON *v.* UNITED STATES. C. C. A. 2d. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE are of the opinion that the petition should be granted. *Samuel A. Neuburger* and *Barent Ten Eyck* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 215, Misc. Ross *v.* NIERSTHEIMER, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 221, Misc. DUNCAN *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 283, Misc. SLAYTON *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.